**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) CASE NO. 17-35281 |
| Alma Najera | ) |
| | ) JUDGE Carol A. Doyle |
| Debtor | ) |
| | ) |

**FV-I, INC. IN TRUST FOR MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC**

Now comes Creditor FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC ("Creditor"), by and through undersigned counsel, and hereby submits Notice to the Court of the Debtor's request for mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

The Debtor recently contacted Creditor requesting a forbearance period of 3 months and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting December 1, 2020 through February 1, 2021. Creditor holds a secured interest in real property commonly known as 9810 Menard Ave, Oak Lawn, Illinois 60453 as evidenced by claim number 7-1 on the court's claim register. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period. If the Debtor desires to modify the length of the forbearance period or make arrangements to care for the forbearance period arrears, Creditor asks that the Debtor or Counsel for the Debtor make those requests through undersigned counsel.

Per the request, Debtor will resume Mortgage payments beginning March 1, 2021 and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance arrears"). Creditor has retained undersigned counsel to seek an agreement with Debtor regarding the cure of the forbearance arrears and submit that agreement to the Court for approval. If Debtor fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: (470) 321-7112

By: /s/ Erin Elam
Erin Elam
Email: eelam@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>January 13, 2021,</u> I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

**Alma Najera**
**9810 Menard Ave.**
**Oak Lawn, IL 60453**

And via electronic mail to:

**David P Leibowitz, ESQ**
**Law Offices of David P Leibowitz**
**3438 N Elaine Place Unit 4**
**Chicago, IL 60657**

**M.O. Marshall**
**55 E. Monroe Street, Suite 3850**
**Chicago, IL 60603**

**Patrick S Layng**
**Office of the U.S. Trustee, Region 11**
**219 S Dearborn St**
**Room 873**
**Chicago, IL 60604**

By: /s/ Dena Eaves
Dena Eaves
deaves@raslg.com