IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| Alma Najera, | ) | NO.: 17-35281 |
| | ) | |
| Debtor, | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: Carol A. Doyle |

Hearing: May 4, 2021
Time: 9:30 a.m.

## RESPONSE TO AMENDED MOTION TO SELL REAL ESTATE

Now Comes RCF II Loan Acquisition, LP by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, stating as follows:

1. On November 28, 2017, the Debtor filed the instant bankruptcy petition under Chapter 13 of the Bankruptcy Code (11 U.S.C. Sec. 1301 et seq.)

2. The above captioned Chapter 13 case was confirmed on January 30, 2018.

3. The RCF II Loan Acquisition, LP services the mortgage lien on the real property located at 9810 Menard Avenue, Oak Lawn, IL 60453.

4. The terms of the confirmed plan provide that the Debtor shall cure the mortgage arrears and remit monthly mortgage payments directly to RCF II Loan Acquisition, LP.

5. Debtor now seeks the Court's authorization to sell the property located at 9810 Menard Avenue, Oak Lawn, IL 60453.

6. Debtor's Motion indicates she has a purchase offer in the amount of $269,000.00 with an anticipated closing date of May 21, 2021.

7. RCF II Loan Acquisition, LP is not opposed to Debtor's Motion to Sell the property provided that the mortgage lien is paid in full pursuant to a contemporaneous payoff statement secured at the time of closing.

8. Additionally, given the tentative nature of real estate sales, RCF II Loan Acquisition, LP requests that the sale is to be completed within six months from entry of the Order permitting Debtor to sell the property located at 9810 Menard Avenue, Oak Lawn, IL 60453.

9. Therefore, RCF II Loan Acquisition, LP requests such additional language in the Order to ensure it is adequately protected.

WHEREFORE, RCF II Loan Acquisition, LP respectfully requests that this Court enter an Order permitting Debtor to sell the property subject to RCF II Loan Acquisition, LP being adequately protected and paid in full, and for such other and further relief as the Court deems just and proper.

McCalla Raymer Leibert Pierce, LLC

By:   */s/Kinnera Bhoopal*
Kinnera Bhoopal
Illinois Bar No. 6295897
1 N. Dearborn Suite 1200
Chicago, GA 60602
(312) 348-9088 X5172
Kinnera.Bhoopal@mccalla.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| Alma Najera, | ) NO.: 17-35281 |
| | ) |
| Debtor, | ) CHAPTER 13 |
| | ) |
| | ) JUDGE: Carol A. Doyle |

Hearing: May 4, 2021
Time: 9:30 a.m.

## NOTICE OF FILING

To:   See attached service list

PLEASE TAKE NOTICE THAT on April 30, 2021, RCF II Loan Acquisition, LP filed the attached Response.

## PROOF OF SERVICE

I, the undersigned Attorney, Certify that I served a copy of this Response to Amended Motion To Sell Real Estate of Addresses attached by Electronic Notice through ECF or depositing the same in the United States Mail at 1 N. Dearborn Suite 1200, Chicago, IL 60602, at or before 5:00 p.m., on April 30, 2021, with proper postage prepaid.

**\*THESE DOCUMENTS ARE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE\***

*/s/Kinnera  Bhoopal*
Kinnera  Bhoopal
ARDC# 6295897
McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL 60602

## SERVICE LIST

To Trustee:　　　　　　　　　　　　　　　　　　　　　　　*by Electronic Notice through ECF*
M.O. Marshall
55 E. Monroe Street, Suite 3850
Chicago, IL 60603


To Debtor:
Alma Najera　　　　　　　　　　　　　　　　　　　　　　　*Served via U.S. Mail*
9810 Menard Ave.
Oak Lawn, IL 60453


To Attorney:　　　　　　　　　　　　　　　　　　　　　　　*by Electronic Notice through ECF*
David P Leibowitz, ESQ
Law Offices of David P Leibowitz
3438 N Elaine Place Unit 4
Chicago, IL 60657


McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088